# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:14-cr-00290-TWT-JKL
## USA v. Stokes et al
## Honorable Thomas W. Thrash, Jr.

Minute Sheet for proceedings held In Open Court on 1/29/2020.

TIME COURT COMMENCED: 2:34 P.M.
TIME COURT CONCLUDED: 5:10 P.M.
TIME IN COURT: 2:36
OFFICE LOCATION: Atlanta

COURT REPORTER: Diane Peede
USPO: Alexander Moody
DEPUTY CLERK: Charlotte Diggs

| | |
|---|---|
| DEFENDANT(S): | [1]Oscar Jameson Stokes, M.D. Present at proceedings |
| ATTORNEY(S) PRESENT: | C. Brockington representing USA |
| | Michael Brown representing USA |
| | Thomas Church representing Oscar Jameson Stokes |
| | Jess Johnson representing Oscar Jameson Stokes |
| | Tyler Mann representing USA |
| | Page Pate representing Oscar Jameson Stokes |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing-Contested); |
| MINUTE TEXT: | Counsel and Defendant Oscar James Stokes, M.D. appeared for a sentencing hearing. The Court adopted facts of the Presentence Report to which no objections had been made as the findings of the Court. The Court heard from Mr. Pate and Mr. Brockington regarding Defendant's remaining objections to the PSR. The objection to Paragraph 111 was WITHDRAWN. The Court SUSTAINED Defendant's objections to paragraphs 113, 115, & 116 and OVERRULED Defendant's objections to paragraphs 112 and 121 for the reasons stated in the record. The Court found Defendant did not have the ability to pay the fine in addition to forfeiture imposed, and therefore could waive the fine in this case. The Court heard argument from Mr. Pate requesting a non-guideline sentence. Dr. Stokes addressed the Court. Mr. Brockington responded. Government's Exhibit 1 admitted without objection. Brief reply by Mr. Pate. The Court pronounced sentence: CBOP 72 months; SR 3 years; $100 special assessment. Fine and cost of incarceration waived. Mr. Brockington objected to the downward variance. The Court advised Defendant of his |

right to appeal the sentence within 14 days of judgment being entered in the case. The Court denied the government's request to remand Defendant. Defendant will be allowed to voluntarily surrender at the institution to which he is designated by the BOP. The Court ORDERED Defendant to see Dr. Sambunaris at least once every two weeks from now until Defendant's report date as an additional condition of his current bond; all other terms and conditions of release to remain the same.

HEARING STATUS:    Hearing Concluded

EXHIBIT STATUS:    Exhibit retained by the Court to be forwarded to the Clerk's Office.